UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-37(01)RM |
| ) | |
| PETER PAISLEY ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 2, 2008 [Doc. No. 23]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Peter Paisley's plea of guilty, and FINDS the defendant guilty of Count 11 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:   July 22, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court